J. L. & M. E. MARKHAM v. H. & T. C. R. R. Co.

(No. 925, Op. Book No. 3, p. 431.)

APPEAL from Limestone County. Opinion by WHITE, P. J.

§ 81. *Road crossing railroad; what is a public road.* A road within the meaning of art. 4897, Pas. Dig. (R. S. art. 4232), is a road dedicated to the public use, or commonly used and traveled by the public, and the character of the road may be established as *public* by evidence of long continued use as such. [McWhorter v. State, 43 Tex. 666.]

§ 82. *Estoppel.* Where a railroad company has recognized a road which crosses its line of railway as a public road by establishing and keeping up a crossing thereon, it will not be permitted to question the public character of such road.

June 12, 1880.                    Reversed and remanded.